JUDGE FRANKLIN D BURGESS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THOMAS DAVID WEATHERS, )<br>KATHY JEAN WEATHERS, )<br>)<br>    Defendants. )<br>_____ ) | No. CR04-5487FDB<br><br>ORDER<br>CONTINUING PRE-TRIAL<br>MOTIONS CUTOFF DATE |

Defendant KATHY JEAN WEATHERS, by and through her attorney, RONALD D. NESS, of Ronald D. Ness and Associates, is requesting that the pre-trial motions cutoff date of April 12, 2005 be continued to May 3, 2005, so that defense counsel has proper time to file any appropriate motions; and that such a continuance is necessary for effective case preparation and would serve the ends of justice and outweigh the best interests of the public and the defendant; therefore,

IT IS HEREBY ORDERED that the pre-trial motions cutoff date is continued from April 12, 2005 to May 3, 2005.

DONE this 19th day of April, 2005.

    /s/ Franklin D Burgess
JUDGE FRANKLIN D BURGESS
UNITED STATES DISTRICT COURT

Presented by:

   /s/ Ronald D Ness
Ronald D. Ness & Associates
State Bar Number 5299
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

Approved by:


/s/ KATHERYN KIM FRIERSON     (telephonic)
Assistant U.S. Attorney

/s/ KURT P. HERMANNS     (telephonic)
Assistant U.S. Attorney


/s/ ALAN RICHEY     (telephonic)
Attorney for Thomas D Weathers

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record.

I hereby certify that I have served the attorney(s) of record, if any, that are non CM/ECF participants via telefax.

/s/ Karlyn K. Rohwein
Legal Assistant
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Phone: (360) 895-2042
Fax:    (360) 895-3602
E-mail: info@nesslaw.com