UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS DAVID WEATHERS and KATHY JEAN WEATHERS,<br><br>Defendant. | Case No. CR04-5487FDB<br><br>ORDER DENYING DEFENDANT'S RENEWED AMENDED MOTION TO DISMISS |

Defendant Weathers' renews his amended motion to dismiss Count I of the Superseding Indictment. Defendant again argues for dismissal, stating that the Court failed to address his statute of limitations argument. The Court's Order of May 13, 2005 specifically addressed the Defendant's statute of limitations argument and denied the amended motion to dismiss the Superseding Indictment, including Count I.

ACCORDINGLY,

IT IS ORDERED:

(1) Defendant's renewed amended motion to dismiss (Dkt.#241) is **DENIED**.

DATED this 6th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1